**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| LUIS ALEJANDRO CORA PEREZ,<br><br>Petitioner,<br><br>v.<br><br>DHS et al.,<br><br>Respondents. | Case No. 5:26-cv-00673-FLA-DFM<br><br>Order Requiring Response to Petition (Federal Custody) |

In order to facilitate the just, speedy, and inexpensive determination of this action, IT IS ORDERED that:

1. The Clerk of this Court shall promptly electronically serve a copy of the Petition and a copy of this Order on Respondent. The Clerk shall also serve a copy of this Order on Petitioner.

2. If Respondent contends that the Petition can be decided without the Court reaching the merits of Petitioner's claims (e.g., because Respondent contends that the Court lacks subject matter jurisdiction), Respondent shall file a Motion to Dismiss within twenty-one (21) days of the date of this Order. The Motion to Dismiss shall not address the merits of Petitioner's claims, but rather shall be confined to the basis for Respondent's contention that dismissal without reaching the merits of Petitioner's claims is warranted. At the time the Motion to Dismiss is filed, Respondent shall lodge with the Court all records

bearing on Respondent's contention in this regard.

3. If Respondent files a Motion to Dismiss, Petitioner shall file an opposition, if any, to the Motion within seven (7) days of the date of service thereof. At the time the opposition is filed, Petitioner shall lodge with the Court any records not lodged by Respondent which Petitioner believes may be relevant to the Court's determination of the Motion.

4. Unless the Court orders otherwise, Respondent shall not file a reply to Petitioner's opposition to a Motion to Dismiss. If the Motion is denied, the Court will afford Respondent adequate time to respond to Petitioner's claims on the merits.

5. If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file and serve an Answer to the Petition within twenty-one (21) days of the date of this Order. At the time the Answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims. The Answer shall also specifically address the necessity for an evidentiary hearing to resolve any issue.

6. Petitioner may file a single reply responding to matters raised in the Answer within seven (7) days of the date of service of the Answer. Any reply filed by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the petition. Grounds for relief withheld until the reply will not be considered. No reply shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

7. A request for an extension of time within which to file any answer or reply will be granted only in extraordinary circumstances and only upon a showing of good cause. Any such request shall be accompanied by a

declaration explaining why an extension of time is necessary.

8. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's opposition to a Motion to Dismiss or the reply, as the case may be, is due.

9. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

10. Petitioner shall immediately notify the Court and counsel for Respondent of any change of Petitioner's addresses. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute. See Local Rule 41-6.

Dated: March 26, 2026_____ ______________________________

DOUGLAS F. McCORMICK
United States Magistrate Judge