UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LUIS ALEJANDRO CORA PEREZ,
Petitioner,
v.
DHS, *et al.*,
Respondents.

Case No. 5:26-cv-00673-FLA (DFM)

**ORDER GRANTING PETITIONER'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER [DKT. 3]**

On February 9, 2026, Petitioner Luis Alejandro Cora Perez ("Petitioner"), in *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241, challenging his detention by United States Immigration and Customs Enforcement. Dkt. 1. On March 6, 2026, Petitioner filed an Emergency Motion for Temporary Restraining Order and Stay of Removal ("Motion"), requesting the court prohibit Respondents from: (1) removing Petitioner from the United States pending the resolution of the Petition, or (2) transferring Petitioner outside this judicial district without prior authorization of the court. Dkt. 3 at 4.

On March 11, 2026, Respondents filed an Opposition to the Motion, in which they argue the court should not order Petitioner to be released. Dkt. 5 at 2.

Respondents do not address Petitioner's request for an order barring his removal from the United States or transfer from this district. *See id.*

The court, therefore, GRANTS the Motion and ORDERS as follows:

It is ORDERED that Petitioner shall not be removed from the United States during the pendency of the subject *habeas* proceedings, absent further order by this court. *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction."); *see also Belbacha v. Bush*, 520 F.3d 452, 455–56 (D.C. Cir. 2008) ("If a case presents a 'substantial' jurisdictional question, then under the All Writs Act, 28 U.S.C. § 1651, a district court may act to preserve its jurisdiction while it determines whether it has jurisdiction.").

Further, given Petitioner's interest in participating in further proceedings before this court and maintaining adequate access to legal counsel throughout the duration of these proceedings, it is ORDERED that Petitioner shall not be transferred outside this District, absent further order by this court. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) (holding "the District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief").

IT IS SO ORDERED.

Dated: May 18, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge