UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALEJANDRO CORA PEREZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-00673-FLA (DFM)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed Petitioner Luis Alejandro Cora Perez's ("Petitioner") Petition for a Writ of *Habeas Corpus* ("Petition," Dkt. 1), the Report and Recommendation of the United States Magistrate Judge, Petitioner's Objections to the Petition ("Objections," Dkt. 11), and all relevant portions of the record, and conducted a *de novo* review of those portions of the Report to which objections were directed.  Petitioner's Objections do not present any new arguments beyond those raised in the Petition and addressed by the Magistrate Judge in the Report, and do not establish Petitioner is entitled to *habeas* relief on the subject Petition.

Accordingly, the court hereby ORDERS:

1. The Magistrate Judge's Report and Recommendation (Dkt. 9) is ACCEPTED and ADOPTED in its entirety.

2. The Petition for a Writ of *Habeas Corpus* (Dkt. 1) is DENIED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED.

Dated: July 2, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2