JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIS ALEJANDRO CORA PEREZ,

                Petitioner,

      v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

                Respondents.

Case No. 5:26-cv-00673-FLA (DFM)

**JUDGMENT**

Pursuant to the court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus (Dkt. 1) is DENIED and this action is DISMISSED WITH PREJUDICE.  Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required.  *See* 28 U.S.C. § 2253(c)(1); *Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008).

IT IS SO ADJUDGED.

Dated: July 2, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2